HENINGER GARRISON DAVIS, LLC
5 Penn Plaza, 23rd Floor
New York, New York 10001
Telephone: (212) 896-3876

*Attorneys for Plaintiff*
*Endeavor MeshTech, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENDEAVOR MESHTECH, INC., | **ECF CASE** |
| Plaintiff, | CIVIL NO. 1:15-cv-9226 |
| v. | **JURY TRIAL DEMANDED** |
| FIRETIDE, INC., | |
| Defendant. | |

## PLAINTIFF'S REQUEST FOR ISSUANCE OF SUMMONS

Plaintiff Endeavor MeshTech, Inc. (hereinafter, "Plaintiff" or "Endeavor"), by and through its undersigned counsel, having filed its Original Complaint for Patent Infringement against Defendant Firetide, Inc. (hereinafter, "Defendant" or "Firetide"), hereby requests the clerk issue a summons for Defendant. The Summons is attached hereto as Exhibit A.

Dated: November 23, 2015         Respectfully submitted,

                                 _____
                                 Maureen V. Abbey (Bar No. MA-1562, N.Y.)
                                 **HENINGER GARRISON DAVIS, LLC**
                                 5 Penn Plaza, 23d Floor
                                 New York, New York 10001

Telephone: (212) 896-3876
Facsimile: (908) 301-9008
Email: maureen@hgdlawfirm.com

**Of Counsel:**
Jacqueline K. Burt (Bar No. 425322, GA)
Jonathan R. Miller (Bar No. 507179, GA)
James F. McDonough, III (Bar No. 117088, GA)
**HENINGER GARRISON DAVIS, LLC**
3621Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0861, 0869, 0863
Facsimile: (205) 547-5502, 5504, 5506
Email: jburt@hgdlawfirm.com
Email: jmcdonough@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com

*Attorneys for Plaintiff*
*Endeavor MeshTech, Inc.*